**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

No. 00-60777
_____


PAUL E. ROGERS,

Plaintiff-Counter Defendant-Appellant,


VERSUS


MADISON COUNTY SCHOOL DISTRICT,

Defendant-Counter Claimant-Appellee,


VERSUS


N R, By and Through His Father and Next Friend, Paul Rogers,

Counter Defendant-Appellant.



_____

Appeal from the United States District Court
For the Southern District of Mississippi
3:98-CV-505 LN
_____
November 28, 2001


Before KING, Chief Judge, DAVIS, Circuit Judge, and VANCE,[*]
District Judge.

---

[*] District Judge of the Eastern District of Louisiana, sitting
by designation.

PER CURIAM:**

After reviewing the record and considering the briefs and argument of the parties, we affirm the judgment of the district court for the following reasons:

1. We are satisfied that the district judge did not abuse his discretion in declining to recuse himself.

2. Essentially for the reasons stated by the district court in its Memorandum Opinion and Order of September 21, 2000, the district court correctly granted summary judgment for the Madison County School District and denied plaintiff's request for attorney's fees.

AFFIRMED.

---

** Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.